IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Saucedo, Osiel

Printed: 12/23/08

Case Number: 08 B 24159
Judge: Hollis, Pamela S
Filed: 9/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 10, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 2. | American Home Mortgage Servicing | Secured | 34,000.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Unsecured | 57.88 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 391.53 | 0.00 |
| 5. | CitiMortgage Inc | Secured |  | No Claim Filed |
| 6. | HSBC | Unsecured |  | No Claim Filed |
| 7. | Control Credit Management | Unsecured |  | No Claim Filed |
| 8. | Sallie Mae | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,449.41 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

